18795. PHILLIPS *v.* THE STATE.

BROYLES, C. J. 1. The evidence amply authorized the jury to find that the plaintiff in error and his codefendants entered into a conspiracy to commit the robbery charged. Under this ruling the admission of the evidence and the charge of the court complained of in the motion for a new trial were not error for any reason assigned.

2. The alleged newly discovered evidence is cumulative and impeaching, and is not of such a character as would probably produce a different verdict upon another trial.

3. The verdict was authorized by the evidence and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 15, 1928.

*H. H. Elders, C. L. Cowart,* for plaintiff in error.

*J. T. Grice, solicitor-general,* contra.